In the Matter of Proving the Last Will and Testament of PATRICK J. RYAN, Deceased. JAMES RYAN, as Executor, etc., Appellant; THOMAS F. RYAN, Contestant, Respondent.— Motion to resettle order of May 24, 1929, granted, and

order resettled by striking therefrom the words " and will directed to be admitted to probate." Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.